CALVIN E. DAVIS (SBN: 101640)
CATHERINE L. MANSKE (SBN: 183815)
GORDON & REES LLP
655 University Avenue
Suite 200
Sacramento, CA  95825
Telephone:  (916) 565-2900
Facsimile:  (916) 920-4402

Attorneys for Plaintiff
ERA FRANCHISE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERA FRANCHISE SYSTEMS, INC., a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v<br><br>CINDY STAPP, an individual doing business as ERA PREMIER PROPERTIES,<br><br>　　　　　　　Defendant. | CASE NO. 2:07-CV-000418-WBS-DAD<br><br>**PLAINTIFF'S REQUEST FOR CONTINUANCE OF THE STATUS (PRETRIAL SCHEDULING) CONFERENCE;**<br>**[~~PROPOSED~~] ORDER** |

　　　　Plaintiff ERA Franchise Systems, Inc. hereby requests that the Status (pretrial scheduling) Conference scheduled for May 7, 2007 at 1:30 p.m. be continued.  Good cause exists for a continuance.

　　　　Following filing of the complaint, plaintiff diligently sought to serve defendant Cindy Stapp.  Those repeated attempts were unsuccessful, until personal service was effectuated on April 12, 2007.  As of the filing of this request, defendant has not filed an answer nor has she been in contact with plaintiff's counsel.  Plaintiff has no understanding of what defendant's intentions are with respect to responding to the complaint.  Defendant has until May 2, 2007 to respond to the complaint.

/ / /

/ / /

-1-

PLAINTIFF'S REQUEST FOR CONTINUANCE OF THE STATUS (PRETRIAL SCHEDULING) CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

1  Given the above, plaintiff believes that it would be premature to schedule this matter.
2  Plaintiff requests that the court continue the Status (pretrial scheduling) Conference for 45 to 60
3  days.
4  Respectfully submitted,
5  Dated: April 26, 2007                              GORDON & REES LLP

7                                                    By:  /s/
8                                                        Catherine L. Manske
                                                         Attorneys for Plaintiff
                                                         ERA FRANCHISE SYSTEMS, INC.

11                                         * * * * *

12  The court, having considered the plaintiff's request to continue the Status (pretrial
13  scheduling) Conference, rules as follows:
14  The request for continuance is denied.
15  <u>Or</u>
16  The request for continuance is granted.  The Status (pretrial scheduling) Conference
17  scheduled for May 7, 2007 at 1:30 p.m. is vacated.  The parties are now ordered to attend a
18  Status (pretrial scheduling) conference on **July 16, 2007** 2007 at **2:00 p.m.** in Department 5.
19  The parties are to file a Joint Status Report in accordance with the Order Setting Status (pretrial
20  scheduling) Conference dated March 5, 2007.  Plaintiff to serve defendant with this order, via
21  mail, at the location where she received service of the complaint
22  It is so ordered.
23  Date: April 27, 2007

                                                    WILLIAM B. SHUBB
                                                    UNITED STATES DISTRICT JUDGE

**Gordon & Rees LLP**
655 University Avenue, Suite 200
Sacramento, CA 95825

RLGY/1043869/36141v.1

-2-

PLAINTIFF'S REQUEST FOR CONTINUANCE OF THE STATUS (PRETRIAL SCHEDULING) CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com