IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERA FRANCHISE SYSTEMS, INC.,

     Plaintiff,                    No. CIV S-07-0418 WBS DAD

     vs.

CINDY STAPP, an individual doing
business as ERA PREMIER
PROPERTIES,

     Defendant.                <u>ORDER</u>

_____/

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 72-302(c)(19).

        On December 4, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties who have appeared in the action and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed December 4, 2007, are adopted in full;

3  2. Plaintiff's October 17, 2007 motion for default judgment is granted;

4  3. Plaintiff is awarded damages in the amount of $105,726.10;

5  4. Plaintiff is awarded interest at the rate of 18% per annum on the amount of $7,916.00 at the rate of $3.90 per day from October 18, 2006 through the date of judgment;

6  5. Plaintiff is awarded attorney fees in the amount of $4,406.50; and

7  6. Plaintiff is awarded costs of suit in the amount of $996.35.

DATED: January 3, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/erafranchise0418.jo

2